UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

MRO Resources, LLC,

       Plaintiff,

v.                                       Case No. 1:14-cv-934

Smith Castings, Inc.,

       Defendant.
_____/

**NOTICE TO THE PARTIES FROM THE CLERK OF COURT**

     NOTICE is hereby given that this case has been reassigned from the Southern Division to the Northern Division for all further proceedings pursuant to Administrative Order 11-035, which authorizes the Clerk of Court to reassign a newly filed civil case to the correct division under W.D. Mich. LCivR 3.2 in circumstances where the filing attorney has made an obvious mistake in regard to using the CM/ECF system.

     ALL FUTURE FILINGS SHOULD REFLECT THE NEW CASE NUMBER OF: **2:14-CV-187**.


Dated: September 5, 2014                    TRACEY CORDES
                                                CLERK OF COURT


                                                By:   /s/ K. Taylor_____
                                                        Deputy Clerk